UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-855(ADM/SRN)

LAXMAN S. SUNDAE and
JUDITH SUNDAE,

Plaintiffs,

**ORDER OF RECUSAL**

v.

THOMAS W. ANDERSON, ET AL.,

Defendants.

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated April 2, 2001, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

DATED: April 25, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED ______________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

Laxman S. Sundae and
Judith Sundae

vs CIVIL 02-855 JRT/SRN

Thomas W. Anderson, et al.,

This case is now assigned to Judge John R. Tunhiem, Magistrate Judge Nelson is still the magistrate on this case.