**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LEXMAN S. SUNDAE, et al.,

Plaintiffs,

v.

THOMAS W. ANDERSON, et al.

Defendants.

Civil 02-855 (JRT/SRN)

**ORDER OF REFERENCE**

---

Laxman S. Sundae and Judith A. Sundae, 2055 128th Street West, Rosemount, MN 55068, *pro se* plaintiffs.

Gregory M. Bistram and Michael J. Moberg, BRIGGS & MORGAN, 332 Minnesota Street, Suite W-2200, St. Paul, MN 55101, for defendants.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendants' motion to dismiss and plaintiffs' motion for an order to enforce agency's final order are referred to the Honorable Susan R. Nelson, United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Parties are directed to contact Beverly Riches, calendar clerk for Magistrate Judge Nelson, to schedule a hearing on the motions.

DATED: October 29, 2002
at Minneapolis, Minnesota

JOHN R. TUNHEIM
United States District Judge

FILED OCT 2 9 2002
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________