**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Laxman S. Sundae and**
**Judith A. Sundae,**

**Plaintiffs,**

**v.**

**Thomas W. Anderson,**
**Metropolitan Airports Commission**
**and John Doe, individually and as**
**an employee of W.D. Schock**
**Company, Inc.,**

**Defendants.**

**Civil No. 02-855 JRT/SRN**

**NOTICE OF HEARING**

---

TO: Pro Se Plaintiffs Laxman S. Sundae and Judith A. Sundae, 2055 128th Street West, Rosemount, MN 55068.

Gregory Mark Bistram, Esq., and Michael J. Moberg, Esq., Briggs & Morgan, W2200 1st National Bank Building, 332 Minnesota Street, St. Paul, MN 55101, attorneys for Defendants Thomas W. Anderson, Metropolitan Airports Commission, Robert Swenson, and Annette Simmons-Brown.

Your are hereby given notice that the following motions have been placed on the Court's Calendar:

Defendants' Motion to Dismiss [Docket 11];

Plaintiffs' Motion for an Order to Enforce Agency's Final Order [Docket 14];

Plaintiffs' Motion to Remove the Law Firm of Briggs and Morgan [Docket 15]; and

Plaintiffs' Motion to Strike Exhibits #1-3 Attached to Defendants' Motion to Dismiss All Claims [Docket 16].

Oral argument on these motions will be heard before United States Magistrate Judge Susan Richard Nelson in Courtroom 230 (C), Federal Courts Building, 316 North Robert Street,

FILED DEC 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

St. Paul, Minnesota, on January 23, 2003, at 1:30 p.m.

Dated: December 4, 2002

Susan Richard Nelson
United States Magistrate Judge