UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Laxman S. Sundae and Judith A. Sundae,**

**Plaintiffs,**

**v.**

**Thomas W. Anderson, individually and as an employee of the Metropolitan Airports Commission, Metropolitan Airports Commission, Robert B. Swenson, individually and as an employee of W.D. Schock Co., Inc., Annette Simmons-Brown, individually and as a former employee of W.D. Schock Company, Inc., John Doe, individually and as an employee of W.D. Schock Co., Inc.**

**Defendants.**

**Civil No. 02-855 (JRT/SRN)**

**ORDER**

---

Laxman S. Sundae and Judith A. Sundae, Pro Se

Gregory M. Bistram, Esq., and Michael J. Moberg, Esq., on behalf of Defendants

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Defendants' Motion to Dismiss All Claims (Doc. No. 11). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1. Both parties have submitted multiple exhibits/evidence in addition to the complaint. Defendants have submitted an affidavit. Plaintiffs have responded to Defendants' affidavit. Discovery closed on January 2, 2003. Therefore, pursuant to Federal Rule of Civil Procedure 12(b), this



MAR 27 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Court will convert Defendants' Motion to Dismiss All Claims into a motion for summary judgment and shall decide such motion pursuant to Federal Rule Civil Procedure 56. The parties may, but need not, submit additional materials pursuant to Rule 56. Any additional materials submitted in connection with the claims made in the complaint shall be submitted by April 7, 2003.

Dated: March 27, 2003

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge