02-855 JRT/SRN

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3431

Laxman S. Sundae; Judith A. Sundae, *
*
Appellants, *
* Appeal from the United States
vs. * District Court for the
* District of Minnesota
Thomas W. Anderson, individually *
and as an employee of Metropolitan *
Airports Commission; Metropolitan *
Airports Commission; Robert *
Swenson; Annette Simmons-Brown, *
*
Appellees. *

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

June 28, 2004

Order Entered in Accordance with Opinion:

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
AUG 16 2004
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY:

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 13, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

RECEIVED
BY U.S. MAIL
2004 AUG 16 AM 9:30
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

Re: 03-3431 Laxman S. Sundae vs. Thomas W. Anderson

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans

Michael E. Gans
Clerk of Court

mer

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable John R. Tunheim
Laxman S. Sundae
Judith A. Sundae
Gregory M. Bistram
Michael J. Moberg
Kevin M. Decker

District Court/Agency Case Number(s): CIV 02-855 JRT/SRN